UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| CATHYJEAN M., | ) | |
|       Plaintiff | ) | |
| v. | ) | 1:22-CV-00289-LEW |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) | |
|       Defendant | ) | |

## ORDER AFFIRMING RECOMMENDED DECISION

On October 20, 2023, the United States Magistrate Judge filed with the court, with copies to counsel, her Report and Recommended Decision. The plaintiff timely objected to the Magistrate Judge's recommendation. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

Accordingly, the Recommended Decision of the Magistrate Judge is AFFIRMED and ADOPTED. The Commissioner's decision is AFFIRMED.

**SO ORDERED.**

Dated this 26th day of January, 2024

                                                    /s/ Lance E. Walker
                                                    UNITED STATES DISTRICT JUDGE